IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ERIC SMITH, ET AL, | ) |
| Plaintiff, | ) |
| v. | ) Cause No: 4:18-CV-171 |
| ST CHARLES COUNTY, ET AL. | ) |
| Defendants. | ) |

## DEFENDANTS ST. CHARLES COUNTY, MISSOURI, LARRY CRAWFORD MICHAEL McKEE, JEFFERY CAST AND CLINTON GRAEBNER'S MOTION TO STRIKE PARAGRAPHS 97 TO 113 OF PLAINTIFFS ERIC SMITH AND ALLAEDIN QANDAH'S COMPLAINT

COMES NOW Defendants, St. Charles County, Missouri, Larry Crawford, Michael McKee, Jeffery Cast, and Clinton Graebner ("Defendants") by and through undersigned counsel, and file their Motion to Strike "History of Unconstitutional Conduct at SCCJ," paragraphs 97 to 113 of Plaintiffs', Eric Smith, and Allaedin Qandah ("Plaintiffs") Complaint pursuant to Federal Rule of Civil Procedure 12.

As grounds for this Motion, and as more fully set forth in the Memorandum of Defendants in Support of their Motion to Strike, Defendants move to strike paragraphs 97 to 113 of Plaintiffs' Complaint as this section is immaterial and impertinent to Plaintiff's claims and prejudicial to Defendants.

In support of this Motion to Strike, Defendants rely upon their Memorandum filed in support of this Motion, and exhibits attached thereto.

WHEREFORE, Defendants move this Court to grant this Motion to Strike and strike "History of Unconstitutional Conduct at SCCJ," paragraphs 97 to 113 of Plaintiffs'

Complaint pursuant to Federal Rule of Civil Procedure 12 and to award them their attorney's fees and costs.

                              Respectfully submitted,
                              ST. CHARLES COUNTY COUNSELOR

                              /s/Drew A. Heffner
                              Drew A. Heffner, E.D. #54873MO
                              Associate County Counselor
                              100 North Third Street
                              St. Charles, Missouri 63301
                              Telephone:     636/949-7540
                              Facsimile:      636/949-7541
                              Email: dheffner@sccmo.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Blake A. Strode
Michael-John Voss
Sima Atri
Nathaniel R. Carroll
John M. Waldron
Arch City Defenders, Inc.
1210 Locust Street, 2nd Floor
St. Louis, MO 63103
Telephone:     855/724-2489
Facsimile:      314/925-1307

and

James R. Wyrsch
Javad M. Khaezaeli
Khaezaeli Wyrsch, LLC
911 Washington Ave #211
St. Louis, MO 63101
Telephone:     314/288-0777
Facsimile:      314/400-7701

                              /s/Drew A. Heffner

Dated: March 30, 2018.