UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Eric Smith and Allaedhin Qandah,
  Plaintiff(s),

v.  Case No. 4:18-cv-171

St. Charles County, et al.,
  Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiffs__ and notifies the court of the intent to use
(Plaintiff or Defendant)

Mark Smith, Markell and Associates, Inc
(name and address of process server)
2300 W Port Plaza Dr #202
St. Louis, MO 63146

To serve: __Defendant Zachary Ridgeway__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

05/14/2018       /s/ Nathaniel R. Carroll
(date)         (attorney for Plaintiff)

            (attorney for Defendant)