

SMITHQANDAH_00263



SMITHQANDAH_00264



SMITHQANDAH_00265



SMITHQANDAH_00266



SMITHQANDAH_00267